ORIGINAL

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JAN 20 P 3: 51

Christopher Allen Waters
Plaintiff

v.

Carolyn W. Colvin
Defendant

Case No. CV-316-003\* JBuxton

Appearing on behalf of

Plaintiff

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This 20th day of Jan., 2016

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

***

| | |
|---|---|
| **NAME OF PETITIONER:** | W. Daniel Mayes |
| Business Address: | Smith, Massey, Brodie, Guynn, & Mayes |
| | Firm/Business Name |
| | 210 Colony Parkway |
| | Street Address |
| | Aiken    SC    29803 |
| | Street Address (con't)   City   State   Zip |
| | Post Office Drawer 2650 |
| | Mailing Address (if other than street address) |
| | Aiken, SC    29802 |
| | Address Line 2    City, State, Zip |
| | (803) 648-6642    6765 |
| | Telephone Number (w/ area code)   Georgia Bar Number |